MICHAEL STEPANIAN
Attorney at Law (CSBN 033712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:   (415) 474-3748

Attorney for Defendant
RICARDO MANZO-RANGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—ooo—

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  3-05-70670-BZ |
| Plaintiff, | |
| vs. | **STIPULATION TO WAIVE DETENTION HEARING** |
| RICARDO MANZO-RANGEL, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Michael Stepanian, counsel for defendant Ricardo Manzo-Rangel, and Susan Jerich, Assistant United States Attorney, that the detention hearing presently set for Tuesday, August 23, 2005 at 9:30 a.m. is waived without prejudice to its renewal at a later time. Arraignment is set for 8/30/2005 at 09:30 AM.

///

///

///

///

1  Counsel desires to waive this hearing based on the fact that Mr. Manzo-Rangel is illegally
2  in this country and there is an INS hold placed on him.
3
4
5  Date:  August 22, 2005           /s/ Michael Stepanian
6                                   MICHAEL STEPANIAN
                                    Counsel for defendant
7                                   RICARDO MANZO-RANGEL
8
9  Date:  August 22, 2005
                                    /s/ Susan Jerich
10                                  SUSAN JERICH
                                    Assistant United States Attorney
11
12
13  SO ORDERED:
                                    _____
14  DATED: August 29, 2005          BERNARD ZIMMERMAN
                                    United States Magistrate Judge
15