KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7158
Facsimile: (415) 436-7234
Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-00555 CRB |
| | ) | |
|    Plaintiff, | ) | PARTIES' STIPULATION AND |
| | ) | ~~PROPOSED~~ ORDER EXCLUDING |
|    v. | ) | TIME UNDER SPEEDY TRIAL ACT |
| | ) | |
| RICARDO MANZO-RANGEL, | ) | |
| ARMANDO REYES-CORNEJO, and | ) | |
| GABRIELA SOLIS | ) | |
| | ) | |
|    Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties initially appeared before the Honorable Charles R. Breyer on August 31, 2005.

The matter was continued until October 12, 2005 for status.

   2. The government indicated that discovery was still being produced.  Defense counsel stated

that they required additional time to receive and review discovery and to effectively prepare the

case. Counsel requested an exclusion of time on this basis.

   3. In light of the foregoing facts, the failure to grant the requested exclusion would

unreasonably deny the defendants effective preparation of counsel as well as continuity of

counsel.  See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the

1    Court excluding the proposed time period.  These ends outweigh the best interest of the public

2    and the defendant in a speedy trial.  See id. § 3161(h)(8)(A).

3    　　4.  For the reasons stated, the time period from August 31, 2005 through October 12, 2005,

4    hall be excluded from the calculation of time under the Speedy Trial Act.

5    　　SO STIPULATED.

6    DATED: 9/12/05                    Respectfully Submitted,

7

8

9    _____
     　　　　　　　　　/s/
     SUSAN R. JERICH

10   Assistant United States Attorney

11

12   DATED: 9/14/05    _____
     　　　　　　　　　/s/
     ELIZABETH M. FALK

13   Counsel for Defendant Gabriela Solis

14   DATED: 9/14/05    _____
     　　　　　　　　　/s/
15   GLENN K. OSAJIMA
     Counsel for Defendant Armando Reyes Cornejo

16   DATED: 9/20/05    _____
     　　　　　　　　　/s/
     MICHAEL STEPANIAN

17   Counsel for Defendant Ricardo Manzo-Rangel

18

19   PURSUANT TO STIPULATION, IT IS SO ORDERED.

20

21   DATED: October 3, 2005

22   HON. CHARLES
     United States Dis

23                                    APPROVED
                                      Judge Charles R. Breyer

24

25

26

27

28   STIPULATION AND PROPOSED ORDER
     CR 05-00555 CRB                    2