1  MICHAEL STEPANIAN, SBN 037712
   Attorney at Law
2  819 Eddy Street
   San Francisco, California  94109
3  Tel:  (415) 771-6174
   Fax: (415) 474-3748
4
   Attorney for Defendant
5  RICARDO MANZO-RANGEL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--o0o--

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICARDO MANZO-RANGEL, et al.,

        Defendants.
_____/

NO. CR-05-00555-CRB

**STIPULATION AND [PROPOSED] ORDER CONTINUING MOTION HEARING**

    MICHAEL STEPANIAN, attorney for defendant, RICARDO MANZO-RANGEL and SUSAN JERICH, Assistant United States Attorney, hereby stipulate that Defendant's Motion to Compel Disclosure of Confidential Informant, which is currently scheduled to be heard before the Hon. Charles R. Breyer on January 25, 2006 at 2:15 P.M., be continued until February 1, 2006 at 2:15 P.M.

    The Court hereby finds, as follows:

    1. Taking into account the defendant's and the public interest in the prompt disposition of criminal cases, the parties in this matter have stipulated to a continuance.

///

///

2. The ends of justice served by excluding the period of time from January 25, 2006 to February 1, 2006 outweigh the best interest of the public and the defendant, Mr. Manzo-Rangel, in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Accordingly, and with the consent of the defendant, the Court hereby: (1) vacates the hearing date of January 25, 2006 at 2:15 P.M. for Defendant's Motion to Compel Disclosure of Confidential Informant and sets it for February 1, 2006 at 2:15 P.M.; and, (2) orders that the period of time from January 25, 2006 to February 1, 2006 be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) and (B)(ii) and (iv).

IT IS SO STIPULATED.

DATED: January 6, 2006        /s/ Michael Stepanian
                              MICHAEL STEPANIAN
                              Attorney for Defendant
                              RICARDO MANZO-RANGEL

DATED: January 6, 2006        /s/ Susan Jerich
                              SUSAN JERICH
                              Assistant United States Attorney

IT IS SO ORDERED.

DATED: January 12, 2006

Hon. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED* — Judge Charles R. Breyer

STIPULATION AND [PROPOSED] ORDER
CONTINUING MOTION HEARING                                                                 2