1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 033712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facismile:   (415) 474-3748
4
   Attorney for Defendant
5  RICARDO MANZO-RANGEL

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                                  ooo

11  UNITED STATES OF AMERICA,          CASE NO.  05-cr-00555-CRB

12           Plaintiff,

13  vs.
                                       **STIPULATION TO CONTINUE**
14  RICARDO MANZO-RANGEL, et al.,      **SENTENCING**

15
             Defendants.
16
    _____/
17

18

19       IT IS HEREBY STIPULATED AND AGREED by and between Michael

20  Stepanian, counsel for defendant Ricardo Manzo-Rangel, and Susan Jerich, Assistant

21  United States Attorney, that the sentencing hearing presently set for Wednesday, June 28,

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

Stipulation to continue sentencing Manzo-Rangel Cr-05-00555-CRB

1  2006 at 2:15 p.m. be moved to Wednesday July 19, at 10:00 a.m.

2  Date:  June 23, 2006         /s/ Michael Stepanian
3                                MICHAEL STEPANIAN
                                  Counsel for defendant
4                                 RICARDO MANZO-RANGEL

5

6  Date:  June 23, 2006
                                  /s/ Susan Jerich
7                                 SUSAN JERICH
                                  Assistant United States Attorney
8

9

10 SO ORDERED:

11
   Dated:  June 28   , 2006      _____
12                                CHARLES R. BREYER
                                  United States District Judge
13

*IT IS SO ORDERED* — Judge Charles R. Breyer (United States District Court, Northern District of California)

Stipulation to continue sentencing Manzo-Rangel Cr-05-00555-CRB                                 2