1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,         )   No.:  CR 05-555 CRB
                                     )
14         Plaintiff,                )   PARTIES' STIPULATION AND
                                     )   [PROPOSED] ORDER CONTINUING
15                                   )   THE SENTENCING DATE
                                     )
16 RICARDO MANZO-RANGEL,             )
                                     )
17         Defendant.                )
                                     )
18 _____ )

19 The parties stipulate and agree, and the Court finds and holds, as follows:

20     1. The defendant was originally scheduled to be sentenced on June 21, 2006.  However, at

21 both parties' request, sentencing was rescheduled for July 19, 2006 at 10:00 a.m. in order to

22 provide the parties' with an opportunity to further discuss a sentencing recommendation.

23     2. However, government counsel will be unavailable on July 19, 2006.  Government counsel

24 anticipates that she will be unavailable for the entirety of July 19, 2006.  As such, the parties are

25 requesting one more continuance of the sentencing date in this matter.

26     3. The parties respectfully request that the matter be calendared for August 23, 2006 for

27 sentencing at 10:00 a.m.

28

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB

1  SO STIPULATED.

2  DATED: 7/17/06                             Respectfully Submitted,

3

4
                                              /s/_____
5                                             SUSAN R. JERICH
                                              Assistant United States Attorney
6
   DATED: 7/17/06
7
                                              /s/_____
8                                             MICHAEL STEPANIAN
                                              Counsel for Defendant
9

10 PURSUANT TO STIPULATION, IT IS SO ORDERED.

11
   DATED:   July 17, 2006
12                                            _____
                                              HON. CHARLES R. BREYER
13                                            Judge, United States District Court

*IT IS SO ORDERED* — Judge Charles R. Breyer (United States District Court, Northern District of California)