KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7158
Facsimile: (415) 436-7234
Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.:  CR 05-555 CRB |
| Plaintiff, | ) | PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING THE SENTENCING DATE |
| RICARDO MANZO-RANGEL, | ) | |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

1. The defendant is currently scheduled to be sentenced on Wednesday, August 23, 2006. However, the government requires one additional week in order to prepare a sentencing recommendation in this matter.

2. This request, the last request the government anticipates requiring, is occasioned by government counsel's schedule and the need to consult with the relevant supervisory personnel in the United States Attorney's office, some of whom have changed as of August 21, 2006.

3.  For these reasons, the parties jointly request that sentencing in this matter be continued

// //

// //

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB

1   one additional week to August 30, 2006.

2

3   SO STIPULATED.

4   DATED: 8/22/06                          Respectfully Submitted,

5

6
                                           ____/s/_____
7                                          SUSAN R. JERICH
                                           Assistant United States Attorney
8   DATED:

9
                                           _____
10                                         MICHAEL STEPANIAN
                                           Counsel for Defendant
11

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

13
    DATED:  August 22, 2006
14                                         _____
                                           HON. CHARLES R. BREYER
15                                         Judge, United States District C

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER
CR 05-555 CRB                    2